## STATE v. HARRINGTON

No. 46PA90

Case below: 97 N.C.App. 143

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1990.

## STATE v. HEMBY

No. 77P90

Case below: 97 N.C.App. 333

Petition by defendant for writ of supersedeas and temporary stay denied 5 April 1990. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 April 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## STATE v. HILL

No. 88P90

Case below: 96 N.C.App. 680

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1990.

## STATE v. LAVISCOUNT

No. 41P90

Case below: 96 N.C.App. 680

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.

## STATE v. McDONALD

No. 59P90

Case below: 97 N.C.App. 322

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1990.